UNITED STATES BANKRUPTCY COURT- DISTRICT OF MASSACHUSETTS

In Re: WOOD-BOYLE, LINDA                          Chapter 13 # - 11-19152-JNF
          SSN: XXX-XX-3133
          WOOD-BOYLE, DOUGLAS
          SSN:  XXX-XX-9625
          MOTION OF THE CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
                    NOTICE OF BAR DATE OBJECTIONS /RESPONSES

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee (the "Trustee") and respectfully moves that this Court enter an Order dismissing this case, and for reasons states as follows:

1.    On 09/28/2011, the above captioned debtor (the "Debtor") filed a petition relief under Chapter 13 of the United State's Bankruptcy Code.

2.    The Court entered an Order confirming the Debtor's Plan, effective 11/01/2011. The Debtor is in arrears according to the terms of the proposed plan totaling $ 771.00, which is equal to 4.73 months of plan payments.  **This amount does not include the current month and may increase prior to hearing**.  Failure to make timely payments to the Trustee is a material default with respect to the confirmed plan and is "cause" for dismissal within the meaning of 11 U.S.C. § 1307(c)(4).

 **Notice is given that any responses and /or objections to this motion are to be filed within twenty one (21) days of this date of service.**  If no timely objections/ responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,

/s/  Carolyn A. Bankowski
Carolyn A. Bankowski BBO #631056
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

Date: 01/11/2016

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above Motion was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

LINDA WOOD-BOYLE
DOUGLAS WOOD-BOYLE
61 VICTORY ROAD  UNIT 3
DORCHESTER, MA 02122-

JEFFREY M. FRANKEL, ESQ.
LAW OFFICE OF JEFFREY M. FRANKEL
40 WILLARD STREET SUITE 101
QUINCY, MA 02169-0000                          /s/ Carolyn A. Bankowski
Date:  01/11/2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS


In Re: WOOD-BOYLE, LINDA                  Chapter 13 # - 11-19152-JNF
        SSN: XXX-XX-3133
        WOOD-BOYLE, DOUGLAS
        SSN:  XXX-XX-9625




ORDER DISMISSING CASE


The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:


        ORDERED: that this Chapter 13 case is dismissed.



Dated:_____



_____
U.S. Bankruptcy Judge