UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  LINDA B. WOOD-BOYLE                     Chapter 13
        DOUGLAS R. WOOD-BOYLE                   Case No.: 11-19152-JNF

             Debtors

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION FOR ORDER DISMISSING CASE

    Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion for Order Dismissing this case, which Motion was filed January 11, 2016.  As grounds therefore, the Trustee asserts that the grounds in the Motion have been satisfied.

Dated:  January 28, 2016
    Respectfully submitted,
    Carolyn A. Bankowski
    Standing Chapter 13 Trustee
    By:/s/ Carolyn A. Bankowski
    Carolyn A. Bankowski (BBO#631056)
    Patricia A. Remer (BBO#639594)
    Office of the Chapter 13 Trustee
    PO Box 8250
    Boston, MA  02114-0022
    (617) 723-1313
    13trustee@ch13boston.com

Certificate of Service

    The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Motion for Order Dismissing Case was served upon the Debtors' counsel by electronic notice, at the address set forth below.

Dated:  January 28, 2016                    /s/ Carolyn A. Bankowski


Jeffrey M. Frankel, Esquire
Law Office of Jeffrey M. Frankel
40 Willard Street, Suite 101
Quincy, MA 02169