UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

*******************************
In Re:  Linda B. Wood-Boyle          *
        Douglas R. Wood-Boyle        *
                                     *           Chapter 13
        Debtor.                      *           Case No.  11-19152
*******************************

## DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Now come the Debtors, by and through their counsel, who hereby responds to the Trustee's *Motion to Dismiss* as follows:

1. The Debtors have cured their Chapter 13 Plan arrearages and have attached an affidavit hereto concerning same. A copy of the money orders sent to the Trustee is also attached hereto.

WHEREFORE, the Debtors pray this Honorable Court dismiss the Trustee's *Motion to Dismiss* and for any such further relief as the court deems just and proper.

                                      Respectfully Submitted,
                                      Linda and Douglas Wood-Boyle
                                      By and through their counsel,

DATED: May 6th, 2016

                                      Jeffrey M. Frankel, Esq., BBO 558099
                                      Law Office of Jeffrey M. Frankel
                                      40 Willard Street, Suite 101
                                      Quincy, MA 02169
                                      Tel:  (617) 302-4321
                                      jmfbky@yahoo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re: Linda B. Wood-Boyle             \*
      Douglas R. Wood-Boyle    \*
                                  \*        Chapter 13
      Debtor.                                    \*        Case No. 11-19152

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UPDATED CERTIFICATION AND AFFIDAVIT

The undersigned, being the Debtors referenced above, do hereby certify under oath, that we have now cured all Chapter 13 Plan arrears required by the Court and the Chapter 13 Trustee and are now current on all payments which became due subsequent to the motion being filed. We were able to cure the arrears using funds derived from my employment.

**By signing this affidavit, we acknowledge that all of the statements contained herein are true and accurate, and the Trustee and Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of our confirmation.**

Signed, sworn, and dated this the 6th day of May, 2016.

/s/ Linda Wood-Boyle                    /s/ Douglas Wood-Boyle
**LINDA WOOD-BOYLE**              **DOUGLAS WOOD-BOYLE**

## MONEY O~DER

**Citizens Bank**

057-0012 610833585-9
0115

**** $163.00 **** DOLLARS

Carolyn       fu n t u~ r [' hi l' le

NON-NEGOTIABLE

Citizens Bank, N.A.

·19152

13 Trustee
[illegible signature]
61 Victory Rd
Dorchester MA 02122

SA VE THIS RECORD

WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

## MONEY ORDER

**Citizens Bank**

057-0012 612833576-8
0115

DATE

**** $326.00 **** DOLLAR

Citizens Bank, N.A.

NON-N EGOTIABLE

SAVE THIS RECORD

WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
In Re: Linda B. Wood-Boyle         \*
       Douglas R. Wood-Boyle        \*
                                    \*        Chapter 13
       Debtor.                      \*        Case No. 11-19152
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, Jeffrey M. Frankel, hereby certify that on this 6th day of May, 2016 that I served a true and accurate copy of the foregoing *Response* electronically to the following and all other parties registered for service by the Courts CM/ECF system:

Carolyn Bankowski, Chapter 13 Trustee
John Fitzgerald, United States Trustee


/s/ Jeffrey M. Frankel
_____
Jeffrey M. Frankel